UNITED STATES DISTRICT COURT:
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------

EKATERIA LISINA REQUEST TO CLERK
FOR ISSUANCE OF SUBPOENA PURSUANT TO
17 U.S.C. §512(h), TO IDENTIFY ALLEGED INFRINGERS

                                      Petitioner,

**AFFIDAVIT IN SUPPORT OF REQUEST TO ISSUE SUBPEONA**

                         -against-

DISCORD INC.
                                   Respondent.
-----------------------------------------------------------------------

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

## AFFIDAVIT IN SUPPORT OF SUBPOENA

The undersigned being duly sworn, deposes and says:

1. I, Ekaterina Lisina am the Petitioner of the 512(H) Subpoena.

2. I am a social media content creator. The nature of my work involves me creating, posting, and selling my original social media content online.

3. More specifically, I post pictures, videos, and other forms of content on the platform known as OnlyFans.

4. My subscribers can purchase my social media content on OnlyFans for a fixed fee on the OnlyFans platform.

5. I own the copyrights to my original content with a copyright registration number of PA 2-473-

394 and the infringing parties in my petition have profited from posting my content without my consent (**Attached as Exhibit A to this Affidavit**).

6. The infringing parties operate on a platform known as Discord Inc. My content has been posted and reposted from my OnlyFans Content for public exhibition and use without my permission.

7. The infringing parties operate exclusively on Discord, Inc. (hereinafter referred to as "Discord") and has been identified as: Discord Server ID 1190715403895312415, "Charles Brown" User ID 826219499559583754, "Lrid34" User ID 719424294697959505, "mistersnickerdoodle" User ID 1014842107099369482.

8. Due to Discord's privacy restrictions, I cannot find the location, name, or any other identifying information about the infringing party without the aid of a subpoena to compel Discord to produce this information.

9. The infringing parties reckless reposting of my OnlyFans content as well as my other social media content has been devastating for me financially, emotionally, and professionally.

10. I have no agreement whatsoever in place with Discord, Discord Server ID 1190715403895312415, "Charles Brown" User ID 826219499559583754, "Lrid34" User ID 719424294697959505, "mistersnickerdoodle" User ID 1014842107099369482, or any other party to publicly post my exclusive and original content.

11. The infringing parties have never contacted me regarding using my content and refuse to disclose their identity.

12. I believe that the infringing parties have intentionally exploited my content for financial gain.

13. As a result of the infringing parties' unauthorized use of my content, I have suffered from severe financial hardship and have incurred legal fees for the enforcement of my copyright protections.

14. I respectfully request this Court to accept this Affidavit in support of the Subpoena being presented at this time.

_____
Ekaterina Lisina

Sworn to before me this 11th day of June 2024

_____
Notary Public



JOSEPH E. UTOMAKILI
COMM. # 2481315
NOTARY PUBLIC • CALIFORNIA
LOS ANGELES COUNTY
Comm. Exp. MAR. 3, 2028

Notarial Certificate IS ATTACHED

# CALIFORNIA JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA }

COUNTY OF Los Angeles

Subscribed and sworn to (or affirmed) before me on this 11th day of June, 2024

by Ekaterina Lisina

*Name of Signers*

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____
*Signature of Notary Public*

JOSEPH E. UTOMAKILI
COMM. # 2481315
NOTARY PUBLIC • CALIFORNIA
LOS ANGELES COUNTY
Comm. Exp. MAR. 3, 2028

*Seal*
*Place Notary Seal Above*

---------------------------------------------------- OPTIONAL ----------------------------------------------------

*Though this section is optional, completing this information can deter alteration of the document or fraudulent attachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: Affidavit in support of subpoena

Document Date: _____

Number of Pages: _____

Signer(s) Other Than Named Above: _____