UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------

EKATERINA LISINA,

                Plaintiff,                **ORDER**

   -against-                           Case No.1:24-mc-00279-JPO

DISCORD INC,

                Defendant.
-----------------------------------------------------------------

Plaintiff, having moved this Court on June 17, 2024 to issue a subpoena to the Defendants pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) to identify allege infringers, and good cause having been shown, it is hereby

**ORDERED**, that the Plaintiffs motion for the issuance of a subpoena is **GRANTED,** and it is further

**ORDERED**, that the Defendant shall comply with the subpoena or file legal objections in accordance with the applicable rules.

                SO ORDERED this  12  day of  July , 2024

_____
J. PAUL OETKEN
United States District Judge